RCC

**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Scott Farnsworth, Plaintiff
     v.
The Stanley Works, Inc., a Connecticut corporation, d/b/a National Works, Defendant

Case No:

**08 C 254**

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Scott Farnsworth

| |
|---|
| NAME (Type or print) <br> Ronald J. Broida |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Ronald J. Broida |
| FIRM <br> Broida and Associates, Ltd. |
| STREET ADDRESS <br> 1250 East Diehl Road, Suite 108 |
| CITY/STATE/ZIP <br> Naperville, IL 60563 |
| ID Number (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER <br> 303933     630-245-1515 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☒    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |