RCC

**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case No:

Scott Farnsworth, Plaintiff
     v.
The Stanley Works, Inc., a Connecticut
corporation, d/b/a National Works, Defendant

**08 C 254**

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Scott Farnsworth

| |
|---|
| NAME (Type or print)<br>Robin K. Mills |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    /s/ Robin K. Mills |
| FIRM<br>Broida and Associates, Ltd. |
| STREET ADDRESS<br>1250 East Diehl Road, Suite 108 |
| CITY/STATE/ZIP<br>Naperville, IL 60563 |

| ID Number (SEE ITEM 3 IN INSTRUCTIONS)<br>6293393 | TELEPHONE NUMBER<br>630-245-1515 | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | | |