**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case No:

Scott Farnsworth, Plaintiff
         v.                                                **08 C 254**
The Stanley Works, Inc., a Connecticut
corporation, d/b/a National Works, Defendant
                                                          **JUDGE ZAGEL**
                                                          **MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Scott Farnsworth

| NAME (Type or print) |
| --- |
| Joseph K. Nichele |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|    /s/ Joseph K. Nichele |
| FIRM |
| Broida and Associates, Ltd. |
| STREET ADDRESS |
| 1250 East Diehl Road, Suite 108 |
| CITY/STATE/ZIP |
| Naperville, IL 60563 |

| ID Number (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6244030 | 630-245-1515 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |