IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT FARNSWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  08 C 254 |
| vs. ) | |
| ) | Hon. Judge Zagel |
| ) | |
| THE STANLEY WORKS, INC. a ) | Magistrate Judge Shenkier |
| Connecticut corporation, d/b/a ) | |
| NATIONAL WORKS, ) | |
| ) | |
| Defendant. | |

**MOTION FOR ENTRY OF**
**AGREED PROTECTIVE ORDER AND HIPAA AUTHORIZATION**

Defendant The Stanley Works ("Stanley Works"), by its attorneys, and pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby moves for entry of a protective order governing disclosure of certain documents produced in this litigation.  In support of this motion, Stanley Works states as follows:

1. The parties have served requests for production of documents pursuant to Rule 34 of the Federal Rules of Civil Procedure.

2. Counsel for the parties have conferred regarding reasonable and necessary steps to protect certain confidential and/or trade secret information from disclosure or use outside of the contours of this litigation, and they have agreed to the Agreed Protective Order And HIPAA Authorization that is attached hereto as Exhibit A.

3. It is the desire of counsel for the parties that this Court enter the attached order.

4. Pursuant to Honorable Judge Zagel's Case Management Procedures, and in addition to the filing of this motion, Stanley Works will submit the attached order in WordPerfect format electronically to Proposed_Order_Zagel@ilnd.uscourts.gov.

WHEREFORE, Stanley Works respectfully requests that this Court enter the attached Agreed Protective Order And HIPAA Authorization.

DATED: June 25, 2008                    Respectfully submitted,

                                                   THE STANLEY WORKS

                                                   By:   s/Peter R. Bulmer
                                                          One of Its Attorneys

Peter R. Bulmer
Carmen B. Copher
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610
(312) 787-4949 (Telephone)
(312) 787-4995 (Facsimile)
Attorneys for Defendant

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 25TH day of June, 2008, the foregoing Motion For Entry Of Agreed Protective Order And HIPAA Authorization was electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to the following counsel of record and CM/ECF participants:

> Ronald J. Broida, Esq.
> Joseph K. Nichele, Esq.
> Robin K. Mills, Esq.
> Broida and Associates, Ltd.
> 1250 East Diehl Road
> Suite108
> Naperville, Illinois 60563

/s/ Carmen B. Copher
   Carmen B. Copher